MAUDE BELL, Appellant, v. POLIVY REALTY CO., INC., Respondent.— Order denying plaintiff's motion to transfer cause from the Municipal Court to the

Supreme Court unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.